130596     B

## IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY FLORIDA

| DIVISION: CIVIL | | CASE NUMBER |
|---|---|---|
| | **SUMMONS** (20 Day Corporate Service) | 13-01992 CC 05 |
| PLAINTIFF(S) JORGE LEZAMA | VS. DEFENDANT(S) STELLAR RECOVERY, INC. | CLOCK IN |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

METRO PROCESS SVCE.
REC'D _____
SERVED _____
DATE _____ TIME _____
PS _____

You ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant(s):

STELLAR RECOVERY, INC. C/O
BRANT ABRAHAM REITER MCCORMICK & JOHNSON
50 NORTH LAURA STREET
SUITE 2750
JACKSONVILLE FL 32202 US

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, whose address is:

Erik Kardatzke, Esquire
Debt Defense, P.L.
6915 Red Road, Ste 200
Coral Gables, FL 33143
service@debtdefenselaw.com

Within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of Court either before service on the Plaintiff's attorney or immediately thereafter. If defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**HARVEY RUVIN**
**CLERK OF COURTS** BY _____
                       DEPUTY CLERK

DATE
FEB 04 2013

AMERICANS WITH DISABILITIES ACT OF 1990
IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990, PERSONS NEEDING A SPECIAL ACCOMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE COURT ADA COORDINATOR, NO LATER THAT 7 DAYS PRIOR TO THE PROCEEDINGS AT (305) 349-7174 (TDD)

EXHIBIT "A"

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.:   13-01992 CC 05

JORGE LEZAMA
    Plaintiff,

v.

STELLAR RECOVERY, INC
    Defendant(s).

_____/

**COMPLAINT**
**(JURY TRIAL DEMANDED)**

COMES NOW, Plaintiff, who claims as follows:

1. A jury trial is demanded.

2. Venue is proper because the actions occurred in this county and specific jurisdiction exists under section 48.193(1)(a) of the Florida Statutes because the defendant's business conduct, the telephone communication attempting to collect a debt, reached into the state of Florida and is the basis of this lawsuit.

3. This is an action under The Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692 et seq., which is designed to protect consumers from abusive, deceptive, unfair, and undignified practices by debt collectors.

4. This is an action for more than $5,000.00, but less than $15,000.00 and is within the jurisdiction of this court.

5. Plaintiff ("JORGE LEZAMA") is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

6. JORGE LEZAMA is a natural person allegedly obligated to pay a 'debt', as defined by 15 U.S.C. §1692a(5), to JORGE LEZAMA (hereinafter

"Defendant"). The alleged debt was incurred "primarily for personal, family, or household purposes." Id.

7. The defendant is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6), as the defendant regularly collects defaulted debts originated by others.

8. On January 22, 2013, the defendant communicated with JORGE LEZAMA about a Beneficial account number ending 9994 without disclosing that the call was an attempt to collect a debt or that the defendant was a debt collector as required by 15 U.S.C. 1692e(11).

9. The defendant's agent further failed to give meaningful disclosure of himself during the course of the same telephone conversation in violation of 15 USC 1692d6.

10. The FAIR DEBT COLLECTION PRACTICES ACT requires debt collectors to notify consumers that a communication is an attempt to collect a debt on each and every communication and gives consumers an absolute right to be warned that the communication is from a debt collector.

11. The defendant failed to make the required disclosure and is subject to civil liability under 15 U.S.C. 1692k.

12. PLAINTIFF suffered damages.

13. The Fair Debt Collection Practices Act, §1692k provides for actual damages, statutory damages up to One-thousand dollars ($1,000.00), costs of this action, and reasonable attorney's fees for any violation of the Act.

WHEREFORE, JORGE LEZAMA respectfully prays that this Court enter a judgment against the defendant for actual damages, statutory damages in the amount of one-thousand dollars ($1,000.00) for violations of the Fair Debt Collection Practices Act, costs of this action, and any and all such additional and further relief as this Court deems just or proper in the circumstances.

_____
Erik Kardatzke, Esq. FBN 17862
Debt Defense, P.L. – A Law Firm
6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com